IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED WAYNE KENT, #113814, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-CV-792-F |
| | )           (WO) |
| BOB RILEY, GOVERNOR OF AL., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 30, 2005 (Doc. 3), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.[1]

Done this 27th day of September, 2005.

                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE

---

[1]This court makes no ruling on Plaintiff's motion for leave to proceed *in forma pauperis* as the assessment and collection of any filing fee should be undertaken by the United States District Court for the Northern District of Alabama.