**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Perry Mathis
   Clerk, U. S. District Court
   Northern District of Alabama
   140 U. S. Courthouse
   1729 5th Avenue North
   Birmingham, Al. 35203

2. Article Number
   (Transfer from service label)

   7004 2510 0001 0150 6020

   05-792 mew

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  S. Brown
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )
   S. BROWN

C. Date of Delivery
   9/29/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes